*Revised September 2025*

# United States District Court for Western District of Tennessee
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

## Case Title

| Plaintiff |
|---|
| Jerry M. Michie Revocable Trust, et al., v. Memphis Scale Works LLC, et al. |

| Defendant |
|---|
| Memphis Scale Works LLC, Kanawha Scales & Systems LLC, AEH Midco LLC and American Equipment Holdings, LLC |

| Case Number | Judge |
|---|---|
| 2:25-cv-02983-TLP-tmp | Thomas L. Parker |

I, Michael J. Meyer _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of

_____Defendants Memphis Scale Works LLC, Kanawha Scales & Systems LLC, AEH Midco LLC, and American Equipment Holdings, LLC_____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Supreme Court of Ohio | November 7, 2011 |
| U.S. District Court, Northern District of Ohio | November 7, 2011 |
| U.S. District Court, Southern District of Ohio | December 19, 2013 |
|  |  |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| Meyer | Michael J. | Ohio State Bar: 0087953 |

| Applicant's Firm Name | |
|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | |

| Applicant's Address | Room/Suite Number |
|---|---|
| 127 Public Square | Suite 4900 |

| City | State | Zip Code |
|---|---|---|
| Cleveland | Ohio | 44114 |

| Applicant's Email Address |
|---|
| mmeyer@beneschlaw.com |

| Applicant's Phone Number(s) |
|---|
| 216.363.4439 |

| Residence Address/P.O. Box | Apt |
|---|---|
| 717 University Road | |

| City | State | Zip Code |
|---|---|---|
| Cleveland | Ohio | 44113 |

Certificate of Consultation

| Date | Electronic Signature of Applicant |
|---|---|
| January 15, 2026 | S/Michael J. Meyer |